# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00266-CV

**Brad Livingston, in his Official Capacity as the Executive Director
of the Texas Department of Criminal Justice, Appellant**

**v.**

**Leslie Arrington, for herself and on behalf of all of those similarly situated;
Janet Lock, for herself and on behalf of all those similarly situated;
Kathy Williams, for herself and on behalf of all those similarly situated and
Laura Beeman, for herself and on behalf of all those similarly situated, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000515, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This proceeding is an interlocutory appeal from a district court order granting a temporary injunction against appellant Livingston. During the pendency of this interlocutory appeal, the underlying cause proceeded to a final judgment in which the district court granted permanent injunctive relief against Livingston, who thereafter appealed from that final judgment.[1] In light of these developments, appellees have moved to dismiss the present interlocutory appeal as moot, and Livingston does not oppose that disposition. We agree that Livingston's interlocutory appeal is now moot, *see Isuani v. Manske-Sheffield Radiology Grp., P.A.*, 802 S.W.2d 235, 236-37

---

[1] No. 03-12-00205-CV.

(Tex. 1991) (per curiam), and, accordingly, grant appellees' motion and dismiss the appeal for want of subject-matter jurisdiction.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed as Moot

Filed:   April 25, 2012